Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Juliana G. Blaha (SBN 331066)
Juliana@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SMITH, individually and on behalf of others, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 3:21-cv-01021-BAS-BLM <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF SETTLEMENT OF ENTIRE ACTION <br><br> Judge: Hon. Cynthia Bashant <br> Complaint Filed: May 27, 2021 |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case on an individual basis, non-class basis.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five days.

Respectfully Submitted,

SWIGART LAW GROUP, APC

Date: August 13, 2021          By:  s/ Joshua B. Swigart
                                    Joshua B. Swigart, Esq.
                                    Josh@SwigartLawGroup.com

                                    Attorney for Plaintiff