| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>Juliana G. Blaha (SBN 331066)<br>Juliana@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SMITH, individually and on behalf of others,<br><br>           Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>           Defendant. | CASE No: 3:21-cv-01021-BAS-BLM<br><br>CLASS ACTION<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Isaac Smith and Defendant Capital One Bank (USA), N.A., file this Joint Motion to Dismiss, and request that the court dismiss all of Plaintiff's claims against the Defendant with prejudice, and the putative class' claims without prejudice. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

Date:  September 28, 2021         SWIGART LAW GROUP, APC

By:  s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff

Date:  September 28, 2021         BALLARD SPAHR, LLP

By:  *s/ Elanor A. Mullhern*
Elanor A. Mullhern, Esq.
MulhernE@ballardspahr.com
Attorney for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Elanor A. Mullhern, counsel for Defendant Capital One Bank (USA), N.A., and that I have obtained her authorization to affix her electronic signature to this document.

Date: September 28, 2021          SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff