# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                Defendant. | Case No. 3:21-cv-01021-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE (ECF No. 14)** |

      Pending before the Court is the parties' joint motion to dismiss the action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 14.) Good cause appearing, the Court **GRANTS** the joint motion and dismisses the individual Plaintiff's claims with prejudice and the putative class members' claims without prejudice. Each party is to bear their own attorneys' fees and costs.

      **IT IS SO ORDERED.**

**DATED: SEPTEMBER 29, 2021**

Hon. Cynthia Bashant
United States District Judge